Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROLAND MA, | No. 2:20-cv-1355-RAJ |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESTHER PARK DENSMORE, et al., | |
| Defendants. | |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER comes before the Court upon Plaintiff Roland Ma's Emergency Motion to Stay Due to Force Majeur (Dkt. # 107) and Motion for Order to Shorten Time (Dkt. # 108). Having considered the motions, the Court declines to stay this matter, but finds good cause to extend the deadlines set forth in the Court's June 30, 2021 Order by forty-five (45) days.

IT IS ORDERED that if Plaintiff amends his complaint, he must effect proper service of the summons and a copy of the amended complaint upon defendants no later than **September 16, 2021**. Also, no later than **September 16, 2021**, Plaintiff must file a submission with the Court clearly establishing his proper service.

MINUTE ORDER - 1

IT IS FURTHER ORDERED that Plaintiff's Motion for Order to Shorten Time (Dkt. # 108) is denied as moot.

DATED this 2nd day of August, 2021.

RAVI SUBRAMANIAN,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER - 2