1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR WESTERN DISTRICT OF WASHINGTON

9  ROLAND MA,

        Plaintiff,

vs.

DENSMORE, *et al.*,

        Defendants

Case No.: 2:20-cv-01355-RAJ

**EX-PARTE MOTION TO STAY**

**WHEREAS,** Ma v. City of Seattle in case no. 2:19-cv-01764-RSL, the Court had ruled in Dkt. # 27, that criminal no-contact order is not one of the reasons for a Court-appointed counsel and remain the case stay.

**WHEREAS**, the State court had found no probable cause of Harassment and Giving False Statement to a Public Servant by the undersigned; however, the Court found probable cause of Identity Theft and set a criminal no-contact order, a true and correct copy is hereby attached as Exhibit A. The criminal no-contact order basically covered all defendants in this case. Judge Young has re-affirmed this is a direct, indirect, or 3rd party no contact order, and set no subpoena can be issued as part of the condition of release.

EX-PARTE MOTION TO STAY - 1

**WHEREAS,** on September 10th, 2021, the undersigned moves the State court to modify the condition of release, so that the undersigned can continue to prosecute this case, but Chief Criminal Judge Donohue immediately denied the request in the open court.

**WHEREFORE,** the undersigned had made multiple honest attempts to modify the condition in the criminal no-contact order, but unsuccessfully, the undersigned had no choice other than moving this Court to grant the stay, which is the same to the earlier ruling by this Court: Ma v. City of Seattle in case no. 2:19-cv-01764-RSL, Dkt. # 27, until the criminal no-contact order has been lifted, or the Court can appointed a counsel to the undersigned.

Dated this 15th day of September, 2021.

_____
Roland Ma

Cc:

Hon. Barbara Miner, Clerk of Court of the King County Superior Court

EX-PARTE MOTION TO STAY - 2