## KING COUNTY DISTRICT COURT

### STATE OF WASHINGTON

STATE OF WASHINGTON

                    Plaintiff,

    v.

ROLAND MA

                    Defendant.

No: <u>221005788-KNJKINPFKCX</u>

**MINUTE RECORD**

Proceeding Date and Time: May 22, 2021 1:30 PM
Proceeding Type: 1st Appearance-Felony PC
Proceeding Location: Seattle Jail Courtroom
Judicial Officer: David M. Christie
Court Clerk: Kyle Chandler

APPEARANCES:
For Plaintiff(s):


For Defendant(s): Roland Ma,


NATURE OF PROCEEDING:

Update Scheduled Event - 05/22/2021 1:30 PM 1st Appearance-Felony PC / 914515 in Seattle
Jail Courtroom
Seattle Jail Courtroom 05/22/2021 Hearing Start Time: 02:32 PM - Clerk KC
Judge Pro Tem Jennifer Cruz presiding
Maya Shindo Present for the State of Washington
Defendant Present In-Custody
Defendant present with attorney of the day Brandon Davis
Court Reviews for Probable Cause. Court Finds Probable Cause for Identity Theft and two
counts Theft 2, and declines to find probable cause for Misdemeanor Harassment and Giving
False Statements to a Public Servant
Defendant Released on Personal Recognizance
Court sets Conditions of Release
Copies of Order Given to Parties



FILED
KING COUNTY WASHINGTON
JAN 27 2021
SUPERIOR COURT CLERK
BY Cedale Reed
DEPUTY

1

2

3

4

5

6

## SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

7   STATE OF WASHINGTON, )
                    Plaintiff, )
8          vs.                    )   No. 21-1-00062-5 SEA
                              )
9   ROLAND MA,                    )   **ORDER PROHIBITING CONTACT**
                              )
                    Defendant, )
10 _____ )

11   THIS MATTER having come on before the undersigned judge of the above-entitled court, and the court having considered the records and files herein and being fully advised in the premises; now, therefore,

12   IT IS HEREBY ORDERED that the defendant shall have no contact, directly, or indirectly in person, in writing, or by phone, personally or through another person, with

13   Wendy Li, Esther Densmore, and any other potential witnesses named in discovery (except communication required to occur as a result of their official capacities unrelated to the facts of this case)

14   until the trial of this cause is concluded.

15   DONE IN OPEN COURT this **27** day of **JANUARY**, 2021

16   Presented by:

17

18   _____        _____
                                        JUDGE                Melinda J. Young

19   Deputy Prosecuting Attorney            Copy Received:
   Patrick H. Hinds
20   Senior Deputy Prosecuting Attorney, WSBA#      _____
   34049                                Defendant

21

22

ORDER PROHIBITING CONTACT
Revised 11/27

**Daniel T. Satterberg**, Prosecuting Attorney
Criminal Division
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3733  FAX (206) 296-9009

**SUPERIOR COURT OF WASHINGTON FOR KING COUNTY**

STATE OF WASHINGTON,

Plaintiff,

vs.

ROLAND MA,

Defendant,

**No**. 21-1-02532-6 SEA

**CONDITIONS OF RELEASE FOR DEFENDANT**

(ORECRP)
Clerk's action required

Defense ☐ reserved argument on conditions of release ☒ argued for less restrictive conditions of release:

IT IS HEREBY ORDERED that the above-named defendant shall be released from the King County jail on the following conditions until further order of the court:

☐ On personal recognizance
☐ On personal recognizance on condition that the defendant report to
    ☐ Community Center for Alternative Programs (CCAP) Basic and follow Conditions of Conduct.
    ☐ Community Center for Alternative Programs (CCAP) Enhanced and follow Conditions of Conduct.
☒ On execution of a surety bond or other surety or cash in the amount of $5,000 ☒ already posted
☐ On execution of a surety bond or other surety in the amount of $_____ or on posting of cash in the amount of $_____.
☐ Electronic Home Monitoring (EHM) ☐ with GPS monitoring, and follow Conditions of Conduct ☐ if bond posted

Have no contact, directly, or indirectly in person, in writing, or by phone, personally or through another person, with: Wendy Li, King County Superior Court DJA, and UPS_____.

☐ Above-named defendant is not to leave the State of Washington without specific approval by court order.
☐ On condition: _ (1) Mr. Ma is prohibited from communicating directly or indirectly with the State or with the Court or any potential witnesses, including Wendy Li, while he is represented by counsel. This includes but is not limited to communication by phone, fax, email, letter, or text message.  Mr. Ma may not involve third parties, whether witting or unwitting, to engage in such communication, and he may not engage in the use of any "spoofing" of emails or phone numbers to impersonate others in order to engage in communication with those parties. (2) Mr. Ma is prohibited from direct-filing motions and documents into ECR in this case while he is represented by counsel. (3) Mr. Ma is prohibited from self-filing or initiating any appeals or motions in any court, whether direct or interlocutory, for any action taken in this case, while he is represented by counsel in this case. (4) Mr. Ma may not issue any subpoenas for any purpose in this case to any person or entity, whether government agencies, private corporations, individuals, or anyone else, without approval of the court. (5) Mr. Ma must attend all future court hearings in person and on the record. (6) Mr. Ma must strictly abide by all provisions of the currently active Anti-harassment Order and Anti-Stalking Order obtained by Wendy Li against him (issued in 20-2-15230-7 SEA). (7) Mr. Ma is ordered to surrender any and all passports.

In addition to the above conditions, the above-named defendant shall commit no crimes.

**Warning to defendant:** IF you have been charged with a **serious offense as defined in RCW 9.41.010**\*\* or have other otherwise been prohibited from possessing firearms you may NOT legally possess, or control a firearm.  If so, and you are free on bond or personal recognizance and own, possess, or control a firearm, you can be charged with a felony.

DATED this _____ day of _____, 20_____.

_____
                    Judge

**Statement by the defendant:** My address and telephone number will be _____

**CONDITIONS OF RELEASE FOR DEFENDANT**
*(ORECRP) - Page 1 of 2*
*Revised: 3/2021*

# King County Superior Court
## Judicial Electronic Signature Page

Case Number:       21-1-02532-6

Case Title:        STATE OF WASHINGTON VS MA, ROLAND

Document Title:    ORDER ESTABLISHING CONDITIONS OF RELEASE

Signed By:         Melinda Young

Date:              June 10, 2021

Judge:             Melinda Young

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:           B9585CEC439E60BE4375CB23E3FB421A816E8501

Certificate effective date: 1/4/2019 4:06:46 PM

Certificate expiry date:    1/4/2024 4:06:46 PM

Certificate Issued by:      C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                            O=KCDJA, CN="Melinda Young:
                            6uWIWQvS5hGMYyv3AFk6yQ=="