UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington,<br><br>    Defendants. | NO. 2:20-cv-01355-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint. Dkt. # 114. The Court has considered the motion as well as the response to the motion. Plaintiff did not file a reply in support of the motion. The motion lacks any citation to legal authority. Nor does it present a comprehensible argument as to amending the complaint. Nor does it explain how the complaint would be amended much less provide a draft of the proposed amended complaint. Thus, the Court DENIES the motion without prejudice.

DATED this 9th day of August, 2022.

*/s/ John H. Chun*
JUDGE JOHN H. CHUN

ORDER DENYING PLAINTIFF'S MOTION FOR
LEAVE TO AMEND COMPLAINT - 1