UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Roland Ma,<br><br>        Plaintiff,<br><br>  v.<br><br>ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington,<br><br>        Defendants. | NO. 2:20-cv-01355-JHC<br><br>ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL |

This matter comes before the Court on the motion of counsel for Walden University LLC to withdraw as attorneys of record. Dkt. # 118. The Court has reviewed the motion, which is unopposed. The Court GRANTS the motion. Accordingly, Daniel J. Ichinaga and Abigail J. St. Hilaire have withdrawn as attorneys of record for Walden University and will be removed from all further notices in this matter.

DATED this 25th day of August, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL - 1