UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | NO. 2:20-cv-01355-JHC |
| Plaintiff, | ORDER |
| v. | |
| ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for a stay of proceedings, which motion is apparently unopposed. Dkt. # 119. The motion presents no legal argument. And it merely seeks a stay "for the interest of justice with the expectation of the evaluation of the defendant's competency will be completed soon." Without more, it is unclear exactly what this statement means and how it serves as a basis for a stay. Thus, the Court DENIES the motion without prejudice. Plaintiff may file another motion for a stay but must explain in such motion the basis for such a stay.

ORDER - 1

Relatedly, the Court directs Plaintiff to file an update with the Court regarding the status of his no-contact order and conditions of release in King County Superior Court (*see* Order of April 14, 2022, Dkt. # 112) by Friday, September 30, 2022.

Finally, although it is unclear, the Court infers from Plaintiff's recent filings, Dkts. ## 114 & 119, that he might wish for the Court to dismiss one or more defendants from this matter. If this is the case, he should so advise the Court.

DATED this 2nd day of September, 2022.

_____
JUDGE JOHN H. CHUN

ORDER - 2