UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. 2:20-cv-01355-JHC |
| Plaintiff, | ORDER |
| v. | |
| ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington | |
| Defendants. | |

This matter comes before the Court sua sponte.

On September 15, 2021, Plaintiff Roland Ma filed an unopposed motion for a stay of proceedings.[1] Dkt. # 110. On April 14, 2022, the Court granted Plaintiff's motion and stayed this matter for 90 days. On August 12, 2022, Plaintiff filed an additional unopposed motion for a stay of proceedings. Dkt. # 119. On September 2, 2022, the Court issued an order denying the

---

[1] The Court's April 14, 2022 order identifies the bases of Plaintiff's motion: "Plaintiff's Motion submits that the King County Superior Court entered a criminal no-contact order on January 27, 2021, and conditions of release on June 10, 2021, that prohibit him from contacting [Defendants Esther Park Densmore and Washington Care Services] directly, indirectly, or through a third-party. Dkt. # 110 at 1, *see* Dkt. # 110-1 at 2–4. Plaintiff avers that he has since made multiple attempts to modify his no-contact order and conditions of release so that he may continue to prosecute this case, but that his attempts have been unsuccessful. Dkt. # 110 at 2. As a result, Plaintiff requests that a stay be entered until the no-contact order has been lifted or until the Court appoints him counsel." Dkt. # 110 at 2.

ORDER - 1

motion without prejudice.  Dkt. # 122.  In that order, the Court directed Plaintiff to file an update with the Court about the status of his no-contact order and conditions of release in King County Superior Court by September 30, 2022.  *Id.* at 2.  *See* Dkt. # 112.

As of the date of this Order, Plaintiff has not filed such an update.  Therefore, the Court hereby ORDERS that, not later than Friday, November 4, 2022, Plaintiff must show cause, in writing, as to whether Plaintiff remains subject to a no-contact order and conditions of release that prohibit him from contacting Defendants.  If Plaintiff fails to timely show cause, the Court may dismiss the action without prejudice under Federal Rule of Civil Procedure 41(b).  As mentioned in the Court's prior order, Plaintiff may file another motion for a stay, but he must explain the basis for such a stay.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of October, 2022.

John H. Chun
United States District Judge

ORDER - 2