UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>                Plaintiff,<br><br>   v.<br><br>ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington<br><br>                Defendants. | CASE NO. 2:20-cv-01355-JHC<br><br>ORDER |

       This matter comes before the Court sua sponte.

       On October 7, 2022, the Court ordered Plaintiff Roland Ma to show cause by November 4, 2022, as to whether Plaintiff remains subject to a no-contact order and conditions of release in King County Superior Court that prohibit him from contacting Defendants.  Dkt. # 123.  Plaintiff responded to the Court's order twice, on November 4, 2022, and November 7, 2022.  *See* Dkts. ## 124–25.  Neither response answers the Court's question.  *See id.*  In its order, the Court expressly warned Plaintiff that the failure to timely show cause may result in this action being dismissed without prejudice under Federal Rule of Civil Procedure 41(b).  Dkt. # 123 at 2.

       Thus, the Court DISMISSES this action without prejudice.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (holding that

ORDER - 1

district courts may dismiss an action sua sponte for failure to comply with a court order under Rule 41(b)).

The Clerk is directed to send uncertified copies of this order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of November, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2