UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>            Plaintiff,<br><br>   v.<br><br>ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington,<br><br>            Defendants. | CASE NO. 2:20-cv-01355-JHC<br><br>ORDER |

       This matter comes before the Court on Plaintiff Roland Ma's Motion for Reconsideration and Leave to File the Amended Complaint. Dkt. # 128. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendants to file a response to Ma's motion no later than Friday, December 2, 2022. Ma may file an optional reply no later than Friday, December 9, 2022.

       The Court DIRECTS the Clerk to re-note Ma's motion, Dkt. # 128, for Friday, December 9, 2022.

       The Clerk is directed to send uncertified copies of this order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER - 1

Dated this 23rd day of November, 2022.

John H. Chun
United States District Judge

ORDER - 2