1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROLAND MA,

           Plaintiff,

   v.

ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington,

           Defendants.

CASE NO. 2:20-cv-01355-JHC

ORDER

     This matter comes before the Court on pro se Plaintiff's "Motion for Reconsideration and Leave to File the Amended Complaint." Dkt. # 128. Plaintiff has filed a reply in support of the motion and thus the matter is fully briefed. The Court has reviewed the materials submitted in support of, and in opposition to, the motion as well as the balance of the case file. Being fully advised, the Court DENIES the motion. Plaintiff does not establish manifest error with respect to the Court's order of November 8, 2022, Dkt. # 126, and does not present any legal basis for him to be allowed to proceed in this matter with an amended complaint.

ORDER - 1

Further, the Court DENIES Plaintiff's motion to strike.  Dkt. # 134.  The document at Dkt. # 131-1 is now sealed, and a redacted version has been filed.  Dkt. # 132.  Further, Plaintiff misconstrues RPC 3.7.

The Clerk is directed to send uncertified copies of this order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of December, 2022.

John H. Chun
United States District Judge

ORDER - 2