UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>            Plaintiff,<br><br>   v.<br><br>ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington,<br><br>            Defendants. | CASE NO. 2:20-cv-01355-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's "Motion to Strike Proof of Service Purportedly Signed by Kenya Owens." Dkt. # 137. The motion does not identify the documents at issue by docket number. It does not provide any legal authority to support the request. And it is difficult to follow. The Court DENIES the motion.

The Clerk is directed to send uncertified copies of this order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of December, 2022.

_John H. Chun_
John H. Chun
United States District Judge

ORDER - 1